JOHN G. POULOS, Respondent, v. CITY OF NEW YORK et al., Defendants, and CAVANAGH'S ENTERPRISES, INC., et al., Appellants.— Order unanimously modified, on the law, to the extent of dismissing complaint as against the individual defendant Cavanagh, and, as modified, affirmed, with $20 costs and disbursements of this appeal to plaintiff-respondent against defendant-appellant Cavanagh's Enterprises, Inc. No cause of action has been pleaded as against the individual defendant. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

MARIE BRAZOS, Appellant, v. RICHARD BRUMIDGE et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of the Arbitration between MARY E. PHILLIPS, as Administratrix of the Estate of EDWARD R. PHILLIPS, Deceased, Respondent, and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, Appellant.— Order granting motion of plaintiff respondent to vacate an arbitration award unanimously reversed, on the law, with $20 costs and disbursements to appellant, the motion denied with $10 costs, and the award reinstated. An arbitration award may not be vacated on the ground that it is erroneous in fact or in law (*Matter of Lipman* [*Haeuser Shellac Co.*], 289 N. Y. 76, 80; *Matter of Burke*, 191 N. Y. 437, 439; *Matter of Brighton Mills*, [*Rayon Corp. of Amer.*], 282 App. Div. 670; *Matter of Spectrum Fabrics Corp.* [*Main St. Fashions*], 285 App. Div. 710, 714, affd. 309 N. Y. 709). Nor is it evident merely from the amount of this award that there was partiality, corruption, or other misconduct in the arbitrator (Civ. Prac. Act, § 1462, subds. 2, 3). Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE WATERS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

HERBERT CHASIS et al., Appellants, v. PROGRESSIVE ELECTRONICS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of PAUL BECKER, Individually, and on Behalf of Others Similarly Situated, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

HENRY L. McCARTHY, as Commissioner of Welfare of the City of New York, v. MILTON M. KARPEL.—Motion for leave to appeal to the Court of Appeals dismissed, as untimely with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bastow, JJ.

IRVING S. WRIGHT v. FRED CHEESMAN et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

BANKERS COMMERCIAL CORPORATION v. JOHN GUERRA, JR.— Application granted. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

516 WEST 134TH STREET v. JAMES DE WINDT et al.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated February 25, 1960, is vacated. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE DIBLIN, alias DANIEL STEVENS.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one